# Order

Michigan Supreme Court
Lansing, Michigan

November 24, 2010

141001

DR. CHARLES D. MOODY, SR. and C.
DAVID MOODY, JR.,
　　　　Plaintiffs-Appellees,

v

QUENTIN R. LAWSON, EARL RICKMAN,
ERNEST H. WHITE, JR., RUBY D. MOSLEY,
DOREEN E. BARRETT, ELSIE J. ROSE,
DWIGHT BONDS, DORIS BURNS, BERNARD
HAMILTON, DEBORAH HUNTER-HARVILL,
GLORIA F. NOLAND, CASSONDRIA
GREENE, CARROL THOMAS, TERESEA
POPE, EMMA EPPS, CHARLIE MAE KNIGHT,
and MELVYN BASSET,
　　　　Defendants,
and

NATIONAL ALLIANCE OF BLACK SCHOOL
EDUCATORS, INC.,
　　　　Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141001
COA: 287686
Washtenaw CC: 05-001203-CB

On order of the Court, the application for leave to appeal the March 18, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2010

Clerk